# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Shannon K. Storm, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| North Range Resources, LLC, ) | Case No. 1:19-cv-040 |
| ) | |
| Defendant. ) | |

On January 13, 2020, the parties filed a Stipulation for Dismissal with Prejudice. The court **ADOPTS** the parties' stipulation (Doc. No. 24) and **DISMISSES** the above-captioned action with prejudice and without costs or fees to either party.

**IT IS SO ORDERED.**

Dated this 14th day of January, 2020.

                                          */s/ Clare R. Hochhalter*
                                          Clare R. Hochhalter, Magistrate Judge
                                          United States District Court